WILLIAM M. PECK, Appellant, *v.* ALVA M. BALDWIN,
Respondent.

(Submitted January 20, 1892; decided February 2, 1892.)

APPEAL from order of the General Term of the Supreme
Court in the fourth judicial department, made November 25,
1890, which reversed an order denying a motion to set aside
an order appointing a receiver of the property of the defend-
ant in a proceeding supplementary to execution.

*Ceylon H. Lewis* for appellant.

*M. N. Tompkins* for respondent.

Agree to affirm on opinion of MARTIN, J., below.
All concur, except MAYNARD, J., taking no part.
Order affirmed.

---

In the Matter of the Application of JOHN A. HOLMES for
an Order Granting Leave to Issue an Execution.

(Argued January 20, 1892; decided February 2, 1892.)

APPEAL from order of the General Term of the Supreme
Court in the first judicial department, made October 9, 1891,
which affirmed a decree of the surrogate of the county of
New York, granting leave to issue an execution against a
deceased judgment debtor.

*David Thornton* for appellant.

*Thomas J. Keigharn* for respondent.

Agree to affirm on opinion in *In re Holmes* (*ante*, page 80).
All concur, except MAYNARD, J., taking no part.
Order affirmed.